24164. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY *v.* DAVIS.

GUERRY, J. 1. A charge by the court to a jury as follows: "Gentlemen, take this case as it has been presented to you from the witness stand, and see what the facts are, and make your verdict," is error, when the evidence for the complainant consists of documentary evidence and depositions as well as testimony from witnesses on the witness stand. See *McLean* v. *Clark*, 47 *Ga.* 24 (12); *Bowden* v. *Achor*, 95 *Ga.* 243 (22 S. E. 254); *Myers* v. *State*, 97 *Ga.* 76 (25 S. E. 252); *Byrd* v. *Byrd*, 22 *Ga. App.* 354 (96 S. E. 10); *English* v. *Poole*, 31 *Ga. App.* 581 (121 S. E. 589); *Atlanta Gas-Light Co.* v. *Cook*, 35 *Ga. App.* 622 (134 S. E. 198); *Darden* v. *Washington*, 35 *Ga. App.* 777 (134 S. E. 813); *Western & Atlantic R. Co.* v. *Tate*, 129 *Ga.* 526 (59 S. E. 266); *Stiles* v. *Shedden*, 2 *Ga. App.* 317 (58 S. E. 515); *Blandon* v. *State*, 6 *Ga. App.* 782 (65 S. E. 842); *Hilton* v. *Sylvania & Girard R. Co.*, 8 *Ga. App.* 10 (68 S. E. 746); *Middleton* v. *State*, 29 *Ga. App.* 375 (115 S. E. 277); *Sikes* v. *DeLoach*, 166 *Ga.* 887 (144 S. E. 655); *Hendrix* v. *Bank of Portal*, 169 *Ga.* 264 (149 S. E. 879).

2. In view of the above ruling, we make no ruling on the general grounds of the motion for a new trial, or on any of the remaining special grounds, which will not likely occur on a retrial of the case.

Judgment reversed. *Broyles, C. J., and MacIntyre, J., concur.*

DECIDED DECEMBER 17, 1934.

*Smith, Smith & Bloodworth, J. Eugene Cook*, for plaintiff in error.

*J. Roy Rowland, E. L. Rowland, W. H. Smith*, contra.